**[J-80-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RUTH L. KNEEBONE | : | No. 52 MAP 2021 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Commonwealth Court at No. 807 |
| | : | C.D. 2019 dated July 9, 2020, |
| | : | Reconsideration Denied August 26, |
| ZONING HEARING BOARD OF THE | : | 2020, Reversing the Order of the |
| TOWNSHIP OF PLAINFIELD AND | : | Northampton County Court of |
| PATRICK LUTZ AND PAMELA LUTZ | : | Common Pleas, Civil Division, at No. |
| | : | C-48-CV-2018-11586 dated June 7, |
| APPEAL OF: PATRICK LUTZ AND | : | 2019. |
| PAMELA LUTZ | : | |
| | : | ARGUED: December 7, 2021 |

## ORDER

**PER CURIAM**                                                              **DECIDED: April 28, 2022**

**AND NOW,** this 28th day of April, 2022, because the participating Justices are unable to reach consensus on the merits of the question as to which the Court granted allowance of appeal, the order of the Commonwealth Court is **AFFIRMED** by operation of law.

Former Justice Saylor did not participate in the consideration or decision of this matter.